JEFFRY AND CAROLYN PATTERSON, APPELLEES, V. HMO NEBRASKA, INC., A NEBRASKA BUSINESS CORPORATION, APPELLANT.
460 N.W.2d 650

Filed September 28, 1990.   Nos. 88-204, 88-297.

Scott J. Norby, of Crosby, Guenzel, Davis, Kessner & Kuester, for appellant.

Lavern R. Holdeman, of Peterson Nelson Johanns Morris & Holdeman, for appellees.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, GRANT, and FAHRNBRUCH, JJ.

PER CURIAM.

On the bases of the briefs, the record, and the recommendation of the Appellate Division of the District Court, we find that questions of fact exist and the trial court erred in granting summary judgment. Accordingly, the judgment of the district court is reversed and the cause remanded for further proceedings.

REVERSED AND REMANDED FOR FURTHER PROCEEDINGS.